FILED

01/16/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0356

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0356

_____

MARK MULLEE,

      Plaintiff and Appellant,

   v.

                                       O R D E R

WINTER SPORTS, INC., d/b/a WHITEFISH
MOUNTAIN RESORT, DOES 1-5, individually,

      Defendants and Appellees.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for oral argument before the Court sitting en banc and is hereby set for argument on Thursday, March 6, 2025, at 10:30 a.m. in the Strand Union Building, Ballroom A on the campus of Montana State University, Bozeman, Montana, with an introduction to the oral argument beginning at 10:00 a.m.

IT IS FURTHER ORDERED that pursuant to M. R. App. P. 17(3), oral argument times in this cause number shall be forty (40) minutes for Appellant and thirty (30) minutes for Appellee.

Counsel should be mindful of the provisions of M. R. App. P. 17(6).

The Court will not entertain any motions to reschedule.

The Clerk of this Court is directed to provide a copy of this Order to all counsel of record, Andrea Lower, Court Administrator of the Eighteenth Judicial District, Sara Callow, Pre-Law Advisor, Montana State University, Elaine Gagliardi, Dean, Alexander Blewett III School of Law, University of Montana, John Mudd, Executive Director, State Bar of Montana, and Honorable Amy Eddy, District Judge.

Electronically signed by:
Cory Swanson
Chief Justice, Montana Supreme Court
January 16 2025